

**Jeffrey C. Hoffman**
212.237.1018
jhoffman@windelsmarx.com

windelsmarx.com

**156 West 56th Street | New York, NY 10019T.**
212.237.1000 | F. 212.262.1215

May 21, 2025

**Via ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
White Plains, New York 10601

          Re:    *United States v. Glenn Griffin*,
                   **7:22-cr-00390-VB**

Dear Judge Briccetti:

      We write to you on behalf of our client, Glenn Griffin, the named defendant in the above-referenced matter. In advance of the sentencing currently scheduled for June 11, 2025, we respectfully write in accordance with the Court's order dated April 30, 2025 (the "Order") (ECF No. 133). The Order directs us to identify the three individuals that will speak on Mr. Griffin's behalf, identify which of those individuals will require a Spanish interpreter, and briefly summarize the subject matter about which each person will speak. In accordance with the Order, we submit the following:

1. **Mauricio Reyes**: <u>Spanish Interpreter needed</u>. Mr. Reyes is a current employee of Hilltop Masonry and he will speak about his 30-year working relationship with Mr. Griffin. He will describe Mr. Griffin as a compassionate and fair employer who has consistently supported his employees both professionally and personally. Mr. Reyes will explain how Mr. Griffin has been a father figure to him and has helped him during periods of financial hardship. Mr. Reyes will also testify about his personal circumstances, including his role as the sole provider for a household that includes a severely autistic son requiring full-time care. He will explain that his family's financial stability depends on his continued employment at Griffin's Landscaping and that Mr. Griffin's incarceration would jeopardize not only the business's operations but the livelihoods of families like his that rely on Mr. Griffin's leadership.

{12456588:1}

2. **Anthony Rodelli**: <u>Spanish Interpreter not needed</u>. Mr. Rodelli is a current employee of Hilltop Masonry and he will speak his tenure at Griffin Landscaping, during which Mr. Griffin served as both his employer and mentor. Mr. Rodelli will speak to the professional development and personal stability he has gained under Mr. Griffin's guidance. He will also discuss his responsibilities as a husband and father to seven children, including a daughter with severe autism who requires round-the-clock care. Mr. Rodelli will explain that Mr. Griffin's absence would directly threaten his ability to maintain his job and care for his family, and that many employees and their families face similar risks if Mr. Griffin is incarcerated. He will emphasize Mr. Griffin's critical role in maintaining the business, including personal sourcing the projects that keep the teams employed, and the cascading harm his removal would cause to innocent third parties.

3. **Rob Moore**: <u>Spanish Interpreter not needed</u>. Mr. Moore is Glenn Griffin's surety agent and is expected to testify regarding the bonding capacity of Griffin's Landscaping, that such bonds are required for fulfilling New York City public contracts, and that the surety relies heavily on Mr. Griffin's personal financial guarantees and reputation. He will explain that Mr. Griffin pledged $24.6 million of his personal assets to secure these bonds and that his incarceration would prevent the issuance of new bonds and could trigger a reassessment of existing ones. This would likely lead to the collapse of the business and the loss of over 50 jobs. Mr. Moore is expected to urge the Court to impose probation so Mr. Griffin can continue supporting his employees and sustaining the businesses he built.

We thank the Court for its attention to this matter.

Very truly yours,

/s/ *Jeffrey C. Hoffman*
Jeffrey C. Hoffman

cc:     All counsel of record (via ECF)

{12456588:1}